```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                      NO. 10CR60013-001

DONALD COLLIER                                                DEFENDANT

## O R D E R

On this 2nd day of September 2010, there comes on for consideration the report and recommendation filed in this case on August 9, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 36). Also before the Court are Defendant's objections. (Doc. 37).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress (Doc. 27) is DENIED.

IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```